IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NAZIRUDDIN PATANKAR and
MASHURAT PATANKAR, h/w
112-02 Northern Boulevard
Apartment 3B
Corona, New York 11368

CIVIL ACTION NO. 3:23-cv-116

COMPLAINT AND JURY DEMAND

v.

MICHAEL REAM
445 Devon Drive
Johnstown, Pennsylvania 15904

## CIVIL ACTION COMPLAINT

### THE PARTIES

1. Plaintiffs, Nazaruddin Patankar and Mashurat Patankar, h/w, are adult individuals and citizens and residents of the State of New York, residing at 112-02 Northern Boulevard, Apartment 3B, Corona, New York 11368.

2. Defendant, Michael Ream, is an adult individual and citizen and resident of the Commonwealth of Pennsylvania, residing at 445 Devon Drive, Johnstown, Pennsylvania 15904.

### JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States".

### VENUE

4. Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(b)(2), in the Western District of Pennsylvania in that: "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated".

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5.  On or about July 16, 2021, at approximately 5:17 A.M., Plaintiff, Naziruddin Patankar, was operating a 2016 Ford Cargo Van, bearing New York license plate number #57473ME, VIN No. 1FTYR2CMOGKA13235, westbound on US22, Cambria County, Pennsylvania, when Defendant, Michael Ream, who there and then, jointly and/or severally, owned, operated, controlled, possessed, maintained and/or leased a 2014 Nissan Titan, Pennsylvania License Plate No. ZHS9136, VIN No. 1N6AAOEC4EN514980, so negligently and carelessly operated his motor vehicle, when suddenly and without warning, Defendant negligently and wrongfully operated the aforementioned vehicle and violently collided into the rear of Plaintiff's vehicle causing Plaintiff, Naziruddin Patankar, to sustain severe and grievous injuries hereinafter more fully set forth.

6.  At all times material hereto, the accident, herein, was caused solely by the negligence and carelessness of the Defendant and was in no manner whatsoever due to any act or omission of the Plaintiff, Naziruddin Patankar.

7.  The negligence and carelessness of Defendant, acting as aforesaid, consisted of the following:

    a)  Operating a motor vehicle at a high and excessive rate of speed under the circumstances and conditions;

    b)  Failure to have a motor vehicle under proper and adequate control;

    c)  Failure to use the highest degree of skill in the operation of a motor vehicle;

    d)  Failing to warn Plaintiff of the impending collision;

    e)  Failure to keep a proper lookout for other vehicles lawfully upon the highway;

    f)  Failure to exercise due care and caution under the circumstances;

g) Violations of the County of Cambria and the Statutes of the Commonwealth of Pennsylvania governing the operation of motor vehicles upon the highway, to wit, 75 Pa CSA Section 3301, et seq; and

h) Violating the Assured Clear Distance Rule;

i) Violating 75 Pa CSA Section 3309 governing the operation of a vehicle in a single lane of travel; and

j) Negligence as a matter of law.

## COUNT I
## PLAINTIFF, NAZIRUDDIN PATANKAR v. DEFENDANT

8. Plaintiff hereby incorporates by reference all of the allegations contained in paragraphs one (1) through five (7) as fully as if they were set forth at length herein.

9. As a result of the negligence and carelessness of Defendant, acting as aforesaid, Plaintiff, Nariruddin Patankar, was caused to sustain injuries to his bones, joints, muscles, tendons, blood vessels and soft tissues throughout his body, including but not limited to multilevel disc desiccation, C5-C6 disc herniation, C6-C7 disc bulge, L1-L2 and L3-L4 disc bulge, L4-L5 and L5-S1 disc bulge, cervical radiculopathy, segmental and somatic dysfunction cervical spine, lumbar radiculopathy, muscle spasms, segmental and somatic dysfuction of the lumbar spine, acute post-traumatic sprain/strain of cervical spine, post-traumatic cervicalgia, cervical intervertebral disc displacement, sprain/strain of thoracic spine, thoracic radiculopathy, thoracic disc displacement, post-truamatic lumbar sprain/strain, lumbar/lumbosacral myofascial pain, lumbosacral radiculopathy, lumbar interveregral disc displacement, ACL interstitial tear, patellofemoral effusion with central and medial facet chondromalacia, bilateral shoulder pain, left elbow pain, left elbow sprain/strain, left elbow contusion, left wrist sprain/strain, bilateral hip pain, bilateral leg pain, bilateral knee pain and a severe shock to his nerves and nervous system and

various other ills and injuries; all of which injuries have, in the past, and will, in the future, cause Plaintiff, Nariruddin Patankar, great pain and suffering, are serious and permanent in nature, and have caused Plaintiff herein serious and/or permanent impairments of bodily functions.

10. As a further result of the negligence and carelessness Defendant herein, Plaintiff, Nariruddin Patankar, has and will be obligated to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses and he may be obligated to continue to expend such sums and to incur such expenditures for an indefinite period of time in the future, which currently equals or exceeds **$13,632.13**, all to his great detriment and loss and is recoverable from Defendants herein.

11. As a further result of the negligence and carelessness of Defendant, Plaintiff, Nariruddin Patankar, has suffered agonizing aches, severe physical pains, disability, mental anguish and humiliation and will continue to suffer same for an indefinite time in the future, all to his great detriment and loss.

12. As a further result of the negligence and carelessness of Defendants, herein, Plaintiff, Nariruddin Patankar, has or may suffer a loss of earnings and impairment of her earning capacity and power, and may continue to incur same in the future.

**WHEREFORE**, Plaintiff, Naziruddin Patankar, demands judgment in his favor and against Defendant, Michael Ream, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest, costs and reasonable attorney's fees.

<u>**COUNT II**</u>
<u>**PLAINTIFF, MASHURAT PATANKAR v. DEFENDANT**</u>
**(Loss of Consortium)**

13. Plaintiff hereby incorporates by reference all of the allegations contained in paragraphs one (1) through ten (12) as fully as if they were set forth at length herein.

14. As a direct and proximate result of the negligence and carelessness conduct of Defendant herein, Plaintiff, Mashurat Patankar, as spouse of Plaintiff, Naziruddin Patankar, has been deprived of the society, companionship, aid, assistance, earnings and earning power and loss of consortium of said spouse, all of which has and may, in the future, continue to cause her great emotional and financial loss and damage.

**WHEREFORE**, Plaintiff, Mashurat Patankar, demands judgment in her favor and against Defendant, Michael Ream, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest, costs and reasonable attorney's fees.

### JURY DEMAND

Plaintiffs, Naziruddin Patankar and Mashurat Patankar, demand a jury trial.

**TABAKINWOLFE, LLP**

BY: _____
BRAD S. TABAKIN, ESQUIRE
Attorney I.D. No. 65649
brad@twlegal.net

BY: _____
RICHARD A. WOLFE, ESQUIRE
Attorney I.D. No. 78944
rich@twlegal.net

1000 Germantown Pike, B-3
Plymouth Meeting, PA 19462
(215) 525-1616 – phone
(215) 525-5858 – facsimile
*Attorney for Plaintiffs,*
*Naziruddin Patankar and Mashurat Patankar, h/w*